UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                       17-CR-224 (PKC)

RICHARD LAI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Paul Tuchmann from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Paul Tuchmann
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 6th Floor
        Brooklyn, New York 11201
        Tel:  (718) 254-6294
        Fax: (718) 254- 6669
        Email: Paul.Tuchmann@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Paul Tuchmann at the email address set forth above.

Dated: Brooklyn, New York
April 28, 2017

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By: /s/ Paul Tuchmann
Paul Tuchmann
Assistant U.S. Attorney

cc: Clerk of the Court (PKC)