

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN

271 Cadman Plaza East
Brooklyn, New York 11201

August 26, 2020

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Richard K. Lai
             Criminal Docket No. 17-224 (PKC)

Dear Judge Chen:

      The government respectfully requests that the sentencing date for defendant Richard K. Lai, currently set for August 31, 2020, at 10 a.m., be adjourned for four months. Defense counsel has been consulted and joins in this request.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney
      Eastern District of New York

By:   /s/
      Samuel P. Nitze
      Assistant U.S. Attorney
      718-254-7000

cc:   Leonardo Rapadas, Esq. (by ECF)
      Clerk of Court (PKC) (by ECF)