

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2020

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Richard K. Lai
                Criminal Docket No. 17-224 (PKC)

Dear Judge Chen:

      The government respectfully requests that the sentencing date for defendant Richard K. Lai, currently set for December 28, 2020, at 10 a.m., be adjourned for six months. Defense counsel has been consulted and joins in this request.

                                      Respectfully submitted,

                                      SETH D. DUCHARME
                                    Acting United States Attorney
                                    Eastern District of New York

                    By:    /s/
                                    Samuel P. Nitze
                                    Assistant U.S. Attorney
                                    718-254-7000

cc:    Leonardo Rapadas, Esq. (by ECF)
       Clerk of Court (PKC) (by ECF)