Richard K. Lai

P.O. BOX 4338

Hagatna, Guam 96932

671-788-0999

richardklai@aol.com


To:   The Honorable Judge Pamela K. Chen, U.S.D.J.

   United States District Court

   Eastern District of New York

   225 Cadman Plaza East

   Brooklyn, NY 11201


Via:  ECF

Date:  Dec 9, 2021


Re:   Richard K. Lai - 17-CR-224


Dear Judge Chen:


I am making a request on my own behalf to request travel to the Republic of Palau.  I am doing so because at this time I am not being represented and time is of the essence.   I had made the flight plans ahead of schedule months ago and I am locked into December 12, 2021 departure date.  In the past you have approved this request based on my continued adherence to my release conditions.  I have not violated any conditions and I have fulfilled most of my obligations.  I will continue to follow this Court's orders.  I have made this request every year, but every year I have had to seek approval from the Pretrial Services Office, consent from the U.A. Attorney's Office, and an order from this Honorable Court.


This request is to seek an ongoing order from you to be able to travel to the Republic of Palau with the only condition that I get Pretrial Services' prior approval.  I want to be able to retrieve my passport, travel, and then return it as soon as I get back without having to seek an order every time.

I understand that the USAO EDNY has consented to this modification to my release conditions.  And I believe I have shown this Court that I am not a risk of flight as I still have real property securing my release.

Sincerely

RICHARD K. LAI